IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARY GIBBONS,<br><br>           Defendant. | 8:06CR41<br><br>ORDER |

Before the Court is Attorney Jessica L. Milburn's Motion to Withdraw [11]. Karen M. Shanahan of the Federal Public Defender's Office has entered her appearance [10]. Ms. Milburn will be given leave to withdraw.

Defendant has filed an unopposed MOTION FOR EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [12]. For good cause shown, I find that the motion should be granted. The defendant will be given the requested approximate 30-day extension. Pretrial Motions shall be filed by May 17, 2006.

**IT IS ORDERED:**

1. The Motion to Withdraw [11] is granted. Jessica L. Milburn shall be deemed withdrawn as attorney of record.

2. Defendant's MOTION FOR EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [12] is granted. Pretrial motions shall be filed on or before **May 17, 2006.**

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between April 17, 2006 and May 17, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 17th day of April, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge