IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR41 |
| | ) | |
| MARY GIBBONS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Amend Conditions of Pretrial Release [16]. Good cause being, the motion will be granted and the Order Setting Conditions of Release will be amended as follows:

(X)   (g)   Abide by the following restrictions on personal associations, place of abode or travel:

**Not leave Nebraska except to travel to Pottawattamie County, Iowa.**

IT IS SO ORDERED:

DATED this 26nd day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge