IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:06CR41 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| MARY GIBBONS-BLACKWELL, | |
| Defendant. | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Independent Auto Parts, Inc., and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Independent Auto Parts, Inc., is released.

DATED this 4th day of May, 2016.

BY THE COURT:

   s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
SENIOR UNITED STATES DISTRICT JUDGE